# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEVEN JEAN-PIERRE**, | : | **CIVIL ACTION NO. 1:06-CV-2248** |
| **Plaintiff,** | : | **(Judge Conner)** |
| v. | : | |
| **BOP , et al.,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 9th day of January, 2007, upon consideration of plaintiff's motion for appointment of counsel (Doc. 11), and it appearing from the complaint (Doc. 1) that plaintiff is capable of properly and forcefully prosecuting his claims with adequate factual investigation and appropriate citations to governing authority and that resolution of the facial merit of plaintiff's claims neither implicates complex legal or factual issues nor requires factual investigation or the testimony of expert witnesses, see Tabron v. Grace, 6 F.3d 147, 155-57 (3d Cir. 1993) (listing factors relevant to request for counsel), it is hereby ORDERED that the motion (Doc. 11) is DENIED. It is noted that this matter is in the early stages and that if further proceedings demonstrate the need for counsel, the matter will be reconsidered either *sua sponte* or upon motion of plaintiff. See id.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge