IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEVEN JEAN-PIERRE**, | : | CIVIL ACTION NO. 1:06-CV-2248 |
| | : | |
| **Plaintiff,** | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **BOP , et al.,** | : | |
| | : | |
| **Defendants,** | : | |

## ORDER

AND NOW, this 27th day of March, 2007, upon consideration of plaintiff's amended complaint (Doc. 18), and it appearing that plaintiff attempts to incorporate the amended complaint into the original complaint (Doc. 18, p. 1), it is hereby ORDERED that:

1. The court REJECTS plaintiff's amended complaint (Doc. 18) as filed.

2. Plaintiff may FILE an amended complaint on or before April 10, 2007.

3. The amended complaint shall contain the same caption and number as is already assigned to this action and shall be direct, concise, and shall stand alone without reference to any other document filed in this matter. FED.R.CIV.P. 8(e)(1).

4. Failure to file an amended complaint, and to comply with the specified pleading requirements set forth in the Federal Rules of Civil Procedure, within the identified time period, will result in the matter proceeding on the original complaint (Doc. 1).


   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge